SCWC-15-0000529

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHRISTIAN SAKAL, Respondent/Plaintiff-Appellant,

vs.

ASSOCIATION OF APARTMENT OWNERS OF HAWAIIAN MONARCH, JONAH SCOTT KOGEN, Petitioners/Defendants-Appellees; K&F 1984 LLC, Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000529, CAAP-15-0000573; CIV. NO. 14-1-1118)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Defendant-Appellee Association of Apartment Owners of Hawaiian Monarch's Motion for Reconsideration and Supplementation of the Record (Motion), filed on May 16, 2019,

IT IS HEREBY ORDERED that the Motion is dismissed in part and denied in part. As to the request for reconsideration the Motion is dismissed. See HRAP Rule 40.1(h) ("Neither acceptance nor rejection of an application for a writ of certiorari shall be subject to a motion for reconsideration in the supreme court. The rejection of an application for

certiorari shall be final.").  As to the request to supplement the record, the Motion is denied.

DATED: Honolulu, Hawaiʻi, May 22, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson